# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Jose Luis ESCARENO<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 24, 2022__ in the county of __Webb__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 and 963 | Knowingly and unlawfully, import, attempt to import, and conspire to import from a place outside the United States, to wit: the United Mexican States, to a place in the United States, to wit: Laredo, Texas, a controlled substance listed under Schedule II, Title II, of the Controlled Substances Act, to wit; approximately 21.40 kilograms, gross weight, of methamphetamine, and 931.39 grams, gross weight, of Fentanyl. |

This criminal complaint is based on these facts:

See attachment "A"

☑ Continued on the attached sheet.

/s/ Marco Montemayor
*Complainant's signature*

Submitted by reliable electronic
means per Fed.R.Crim.P. 4.1, Marco Montemayor
sworn to and signature attested
telephonically on July 26, 2022,
at Laredo, Texas.

Christopher dos Santos
United States Magistrate Judge

Judge

## ATTACHMENT "A"

1. On July 24, 2022, Homeland Security Investigations (HSI), Laredo Office Special Agents responded to the Lincoln-Juarez International Bridge in Laredo, Texas (TX), regarding a seizure of methamphetamine and fentanyl by United States Customs and Border Protection (CBP) Officers. As a result, CBP Officers arrested Jose Luis ESCARENO, who was transporting the narcotics.

2. CBP officers stated ESCARENO entered the Port of Entry in a pickup truck hauling a box trailer. CBP officers stated that during initial inspection, ESCARENO declared all the items in the trailer belonged to him. After secondary inspection, CBP discovered 21.40 kilograms of crystal methamphetamine and 931.39 grams of fentanyl (approximately 8,500 pills) hidden within an A/C mini-split unit and two ice chests.

3. HSI Special Agents (SAs) arrived to interview ESCARENO and read ESCARENO his Miranda Rights in Spanish. ESCARENO agreed to speak with agents without the presence of an attorney. HSI SAs alerted ESCARENO of the narcotics found inside the A/C mini-split unit, and ESCARENO immediately stated that the A/C mini-split unit was not his, and that he lied to CBP officers when he declared ownership; however, ESCARENO did not provide a reason or justification for lying to the CBP officers, and simply stated that he did not know why he lied, and re-stated that the unit was not his. ESCAFENO then stated that he was transporting the unit and other items to people that lived in Houston. ESCARENO said that a man in Monterrey paid him $150.00 to transport the unit back to Houston and that someone would pick it up later.

4. HSI SAs then asked ESCARENO about the two (2) ice chests, without alerting him of the methamphetamine and fentanyl pills discovered inside a concealed compartment within the lid. ESCARENO stated that they were his, and that he purchased them in the United States. ESCARENO further stated that he took them to Mexico for the purpose of transporting back several cuts of meat, which he planned to cook for a party. ESCARENO stated that the ice chests were in his possession, and that he did not leave them at the butcher shop where he purchased the meat. ESCARENO explained that he packed the ice chests with ice and meat that he purchased at a butcher shop called "Ramos" in Monterrey.

5. HSI SAs arrested ESCARENO for violations of 21 USC 952 and 963, knowingly and unlawfully importing, attempting to import, and conspiring to import approximately 21.40 kilograms of methamphetamine and approximately 931.39 grams of fentanyl (approximately 8,500 pills).